IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MMA LAW FIRM, PLLC, | § § | CASE NO: 24-31596 |
| Debtor. | § § | (Chapter 11) |
| MMA LAW FIRM, PLLC, | § § | |
| Plaintiff, | § § | |
| VS. | § § | Adv. Pro. No. 24-3127 |
| MORRIS BART, LLC, | § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF JURY DEMAND

TO THE HONORABLE EDUARDO V. RODRIGUEZ, CHIEF BANKRUPTCY JUDGE:

COMES NOW, Morris Bart, LLC (the "Defendant"), and makes this Defendant's Notice of Jury Demand as follows:

1. The Defendant requests a trial by jury on any and all issues triable by a jury. The claims, issues and matters alleged in the Plaintiff's complaint involve common law claims for money damages, which give rise to a trial by jury. The U.S. Supreme Court has held that such claims are entitled to a trial by jury. *See Langenkamp v. Culp*, 498 U.S. 42, 111 S.Ct. 2782 (1989). The Defendant does not consent to a trial by jury by the Bankruptcy Court.

DATED:   September 9, 2024          Respectfully submitted,

THE PROBUS LAW FIRM

By: */s/ Matthew B. Probus*
**Matthew B. Probus**
Attorney in Charge
State Bar No. 16341200
Fed. I.D. No. 10915

1

matthewprobus@theprobuslawfirm.com

10497 Town & Country Way, Suite 930
Houston, Texas 77024
(713) 258-2700 (Telephone)
(713) 258-2701 (Facsimile)

-and-

**FISHMAN HAYGOOD, L.L.P.**

Tristan Manthey
Tex. Bar No. 24042731
Cherie Dessaur Nobles, *pro hac vice*
Rebekka C. Veith, *pro hac vice*
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
(504) 586-5252 (Telephone)
(504) 586-2520 (Facsimile)
tmanthey@fishmanhaygood.com
cnobles@fishmanhaygood.com
rveith@fishmanhaygood.com

*COUNSEL FOR DEFENDANT,
MORRIS BART, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, a true and correct copy of the foregoing has been served on all parties electronically via the CM/ECF filing system.

        */s/ Matthew B. Probus*
        Matthew B. Probus