United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 17, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31596 |
| MMA LAW FIRM, PLLC, | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3127 |
| | § | |
| MORRIS BART, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER
<u>SETTING ELECTRONIC HEARING</u>**
*Resolving ECF Nos. 89 and 91*

On May 20, 2025, the Hon. Judge Andrew S. Hanen referred Civil Action No. 4:24-cv-4446 back to this Court to handle all pre-trial matters and to advise the District Court when the matter was ready to be tried.[1]

Pending before this Court is a single matter self-styled as "Debtor's Motion To Set Hearing On Morris Bart, LLC's Motion For Summary Judgment For A Hearing On July 7, 2025"[2] (the "*Motion*") filed by MMA Law Firm, PLLC on June 12, 2025. The Motion requests that this Court set a hearing on the Motion for Summary Judgement[3] filed by Morris Bart, LLC on May 21, 2025 in Civil Action No. 4:24-cv-4446.[4] All pleadings on the Motion for Summary Judgment have been filed in Civil Action No. 4:24-cv-4446.[5]

On June 13, 2025, Morris Bart, LLC filed "Defendant's Response To Debtor's Motion To Set Hearing On Morris Bart, LLC's Motion For Summary Judgment"[6] wherein Morris Bart, LLC seeks an order from this Court "denying the Motion or abate hearing the motion until Judge Hanen has had the opportunity to rule on the *Defendant Morris Bart, LLC 's Motion for Reconsideration of Order Granting MMA Law Firm's Motion to Refer Pretrial Matters to Chief Bankruptcy Judge

---

[1] ECF No. 86.
[2] ECF No. 89.
[3] Civil Action, ECF No. 19. Citations to "Civil Action, ECF No.__" refers to docket entries in Civil Action No. 4:24-cv-4446.
[4] ECF No. 86.
[5] Civil Action, ECF Nos. 19; 22.
[6] ECF No. 91.

*Rodriguez*,"[7] asserting that it is "unclear from the order of transfer of pretrial matters that Judge Hanen intended the motion for summary judgment that he called for himself to be considered and ruled on by the bankruptcy court."[8]

Judge Hanen's order dated May 20, 2025, clearly states that:

It is ORDERED that this matter [Civil Action No. 4:24-cv-4446] is referred to Chief Bankruptcy Judge Rodriguez to handle all pretrial matters, and it is further ORDERED that Chief Bankruptcy Judge Rodriguez shall notify this Court when the dispute is ready for trial.[9]

There can be no confusion. Clearly, a dispositive motion such as the one filed by Morris Bart, LLC is a pre-trial matter to be handled by this Court. Accordingly, it is therefore

**ORDERED**: that

1. "Defendant's Response To Debtor's Motion To Set Hearing On Morris Bart, LLC's Motion For Summary Judgment"[10] filed by Morris Bart, LLC on June 13, 2025 is DENIED.

2. "Debtor's Motion To Set Hearing On Morris Bart, LLC's Motion For Summary Judgment For A Hearing On July 7, 2025"[11] filed by MMA Law Firm, PLLC on June 12, 2025 is GRANTED in part and DENIED in part.

3. No later than **Friday, June 20, 2025** Morris Bart, LLC, MMA Law Firm, PLLC and the Unsecured Creditor's Committee must refile all pleadings that relate to the Motion for Summary Judgment[12] filed by Morris Bart, LLC on May 21, 2025 in Civil Action No. 4:24-cv-4446, including related exhibits, in the instant adversary proceeding Case No. 24-3127.

4. On **Monday, July 14, 2025**, **at 1:30 p.m. (Central Standard Time),** an electronic hearing on Morris Bart, LLC's Motion for Summary Judgment[13] shall be held before the United States Bankruptcy Court Houston Division. For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.

5. The electronic scheduling conference currently set for July 7, 2025, is hereby **CANCELLED**.

6. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.

---

[7] ECF No. 91 at 1.
[8] ECF No. 91 at 2.
[9] ECF No. 86.
[10] ECF No. 91.
[11] ECF No. 89.
[12] Civil Action, ECF No. 19.
[13] Civil Action, ECF No. 19.

7. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

8. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

9. No later than **Thursday, June 19, 2025**, Morris Bart, LLC must serve a copy of this Order on MMA Law Firm, PLLC, the General Unsecured Committee and all parties entitled to notice of the hearing and file a certificate of service with the Clerk of Court.

SIGNED June 17, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge