John Moseley	April 8, 2025

## Changes And Signature

| PAGE | LINE | CHANGE | REASON |
| --- | --- | --- | --- |
| 17 | 14-16 | **Replace**<br>"I believe this list is clients that MMA contracted with Velawcity to help with marketing and intake."<br>**With**<br>"I believe this list includes individuals that contracted with MMA in response to marketing conducted by Velawcity" | Clarify the intended and correct response. |
| 32 | 23 | **Replace**<br>"Yes."<br>**With**<br>"Yes, Velawcity was to forward documents, including form Fee Agreements to individuals for their review." | Clarify the intended and correct response. |
| 38 | 15 | **Replace**<br>"Weed out clients that didn't pass our criterion."<br>**With**<br>"Velawcity would answer incoming calls from individuals responding to the marketing campaign and request basic information from the individuals to determine if their individual facts satisfied basic criteria, for example did they own insured property damaged by a storm." | Clarify the intended and correct response. |
| 38 | 19 | **Replace**<br>"No."<br>**With**<br>"No, Velawcity was not authorized to accept any clients." | Clarify the intended and correct response. |
| 85 | 13 | **Add**<br>We also provided a script detailing the only information to be provided or asked for, and also understood that conversations would be recorded for review. | To more fully respond to the question. |
|  |  |  |  |
|  |  |  |  |

Worldwide Court Reporters, Inc.
(800) 745-1101

```
 1              I, JOHN MOSELEY, have read the
    foregoing deposition and hereby affix my signature that
 2  same is true and correct, except as noted above.
 3
 4
                       _____
 5                     JOHN MOSELEY
 6
 7  THE STATE OF _____)
    COUNTY OF _____)
 8
            Before me, _____, on
 9  this day personally appeared JOHN MOSELEY, known to me
    (or proved to me under oath or through
10  _____) (description of identity
    card or other document)) to be the person whose name is
11  subscribed to the foregoing instrument and acknowledged
    to me that they executed the same for the purposes and
12  consideration therein expressed.
            Given under my hand and seal of office this
13  _____ day of _____, 2025
14
15                     _____
                       NOTARY PUBLIC IN AND FOR
16                     THE STATE OF _____
                       COMMISSION EXPIRES: _____
17
18
19
20
21
22
23
24
25
```