# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 24-31596 |
| **Name of Debtor:** | MMA Law Firm, PLLC |
| **Adversary Case No:** | 24-03127 |
| **Style of Adversary:** | MMA Law Firm, PLLC v. Morris Bart, LLC |

| Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing. | Yes | No |
|---|---|---|
| | | x |
| | **Date** | **CM/ECF No.** |
| | | |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | July 14, 2025 |
| **Hearing Time:** | 1:30 PM |
| **Party's Name:** | MMA Law Firm, PLLC |
| **Attorney's Name:** | Johnie Patterson |
| **Attorney's Phone:** | 713-956-5577 |

| Nature of Proceeding(s): | CM/ECF No. | Matter |
|---|---|---|
| | 92 and 96 | Motion for Summary Judgment |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITNESS LIST | |
|---|---|
| **Lay Witnesses:** | Zach Moseley |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | |
| | |
| | |
| | |

**Form No. 1-100**

Last Revised April 15, 2025

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| Lay Witnesses: | |
| | |
| Expert Witnesses: | |
| | |

| EX. NO. | DESCRIPTION | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| | | OFFERED | OBJECTION | DISPOSITION |
| 1. | Moseley Declaration | | | |
| 2. | Discovery Produced per Order | | | |
| 3. | Discovery Produced per Order | | | |
| 4. | Discovery Produced per Order | | | |
| 5. | Discovery Produced per Order | | | |
| 6. | Discovery Produced per Order | | | |
| 7. | Discovery Produced per Order | | | |
| 8. | Discovery Produced per Order | | | |
| 9. | Discovery Produced per Order | | | |
| 10. | Discovery Produced per Order | | | |
| 11. | Discovery Produced per Order | | | |
| 12. | Discovery Produced per Order | | | |
| 13. | Discovery Produced per Order | | | |
| 14. | Marketing Service Agreement | | | |
| 15. | Marketing Service Agreement | | | |
| 16 | Marketing Service Agreement | | | |
| 17 | Morris Bart Louisiana Lawsuit | | | |
| 18 | Motion to Dismiss Louisiana Lawsuit | | | |
| 19 | Opinion Dismissing MB lawsuit | | | |
| 20 | BK Case Docket | | | |
| 21 | Motion to Release Funds (Jackson) | | | |
| 22 | Motion to Release Funds (tullier) | | | |
| 23 | Amended Complaint | | | |
| 24 | Mediation Discovery Order | | | |
| 25 | MSJ | | | |
| 26 | Moseley Transcript | | | |
| 27 | Corrections to Moseley Transcript | | | |
| 28 | Affidavits filed by Morris Bart attached to MSJ | | | |
| 29 | Ricks Order | | | |
| 30 | Foskey Order | | | |
| 31 | Response to MTD | | | |

**Form No. 1-100**

Last Revised April 15, 2025

| | | | | |
|---|---|---|---|---|
| 32 | Notice to MB | | | |
| 33 | | | | |
| **REBUTTAL/IMPEACHMENT EXHIBITS** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**Form No. 1-100**

Last Revised April 15, 2025