**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MMA LAW FIRM, PLLC,** | § | **CASE NO: 24-31596** |
| | § | **(Chapter 11)** |
| Debtor. | § | |
| **MMA LAW FIRM, PLLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **VS.** | § | **Adv. Pro. No. 24-3127** |
| | § | |
| **MORRIS BART, LLC,** | § | |
| | § | |
| Defendant. | § | |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**
**[Ref. Dkt. Nos. 104 and 105]**

COMES NOW, Appellant MORRIS BART, LLC ("Morris Bart" or the "Appellant") and files this its Appellant's Statement of Issues on Appeal, pursuant to Fed. R. Bankr. P. 8009, as follows:

**STATEMENT OF ISSUES**

1. Whether the Bankruptcy Court erred by holding that Morris Bart does not have standing to assert as a defense to MMA Law Firm, PLLC's ("MMA") suit that the contingency fee contracts pursuant to which MMA claims it is entitled to a fee are absolute nullities.

2. Whether the Bankruptcy Court erred in finding a genuine dispute of material fact as to whether MMA engaged in illegal fee solicitation, requiring that MMA receive no fees under the standard *quantum meruit* analysis.

3. Whether the Bankruptcy Court erred in finding a genuine dispute of material fact as to whether MMA waived its right to fees in certain cases in any event.

1

4.      Whether the Bankruptcy Court erred by holding that the pending dispute is a core

proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

Respectfully submitted this 5th day of September 2025.

**THE PROBUS LAW FIRM**

By: */s/ Matthew B. Probus*
      Matthew B. Probus (*Attorney in Charge*)
      Texas Bar No. 16341200
      Fed. I.D. No. 10915

10497 Town and Country Way, Suite 930
Houston, Texas 77024
Telephone: (713) 258-2700
Facsimile:  (713) 258-2700
matthewprobus@theprobuslawfirm.com

-and-

**FISHMAN HAYGOOD, L.L.P.**

Tristan Manthey
Tex. Bar No. 24042731
Cherie Dessaur Nobles, *pro hac vice*
Rebekka C. Veith, *pro hac vice*
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-2520
tmanthey@fishmanhaygood.com
cnobles@fishmanhaygood.com
rveith@fishmanhaygood.com

*ATTORNEYS FOR APPELLANT,*
*MORRIS BART, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, a copy of the foregoing Appellant's Statement of Issues on Appeal was served electronically upon all parties entitled to receive electronic notices via the Clerk of the Court through the CM/ECF system.

*/s/  Matthew Probus*
      Matthew Probus